# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| IN RE: DMCA SECTION 512(H) SUBPOENA TO TUNECORE, INC. | CIVIL ACTION NO. 1:20-MC-00357 |
|---|---|

## ORDER GRANTING SUBPOENA

This matter comes before the Court upon the ex parte application of movant Mayimba Music, Inc., on behalf of Jiggiri Records, Inc. and Malito Music, Inc. (together, the "Corporations"), along with the Declaration of Edward J. Heppt, Esq. and supporting documents for the signing of a Subpoena directing TuneCore, Inc. to produce documents and information relating to the identity of entities or persons believed to be infringing on the copyright of the Corporations.

Having considered the Declaration and all documents submitted in support of the instant application, the Court finds good reason to issue an order directing the clerk to issue said subpoena and it is therefore:

ORDERED that the clerk of this Court shall issue the Subpoena to TuneCore, Inc. as sought by the movant.

Dated: November 4, 2020

_____
Honorable Ronnie Abrams
United States District Judge