**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 5/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYIMBA MUSIC, INC.,

                Movant,

v.

TUNECORE, INC.,

                Respondent.

No. 20-MC-357 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pursuant to an Order dated November 4, 2020, the Court directed the Clerk of Court to issue the subpoena requested by movant Mayimba Music, Inc.

By no later than May 17, 2021, the parties shall notify the Court if there is any reason why this case cannot be closed.

SO ORDERED.

Dated:    May 10, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge