USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYIMBA MUSIC, INC.,

        Movant,

v.

TUNECORE, INC.,

        Respondent.

No. 20-MC-357 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 12, 2021, in response to an order directing the parties in this action to indicate if there is any reason why this case cannot be closed, the parties informed the Court via email that they have no objection to closing this case.

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   May 19, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge